IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01508-WYD-BNB

THE SOCIETY OF LLOYD'S,

Plaintiff,

v.

RAYMOND C. LEE, and
KATHERINE T. LEE,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate Scheduling Conference and Disclosure Deadlines** [docket no. 6, filed October 12, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for October 18, 2006, is **vacated and reset to December 1, 2006, at 2:30 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., and the confidential settlement statement are due on or before **November 27, 2006**. Disclosures are now due **November 10, 2006**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED: October 13, 2006