IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01508-WYD-BNB

THE SOCIETY OF LLOYD'S,

Plaintiff,

v.

RAYMOND C. LEE, and
KATHERINE T. LEE,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference.  At their joint request:

IT IS ORDERED that discovery in this case is STAYED until the entry of scheduling

order.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **July 9,**

**2007, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901

19th Street, Denver, Colorado.  The parties shall prepare a proposed scheduling order and submit

it to the court on or before **July 2, 2007**.

IT IS FURTHER ORDERED that the plaintiff shall file a status report within ten days

after the entry of any order by the district judge ruling on the *Defendants' Motion to Dismiss*

*Pursuant to F.R.C.P. 12(b)(6) and 12(b)(1)* [Doc. # 14, filed 12/5/2006].

Dated January 18, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge